IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GOVERNMENT EMPLOYEES INSURANCE
COMPANY, a Maryland corporation,

    Plaintiff,

v.                                                  Case No. 1:15-cv-00306 PJK/SCY

CHARLES H. SHROYER, JR. and
RACHEL L. SHROYER,

    Defendants.

## DEFAULT JUDGMENT
## AGAINST DEFENDANT CHARLES H. SHROYER, JR.

THIS MATTER came before the Court on Plaintiff Government Employees Insurance Company's ("GEICO") Motion for Default Judgment against Defendant Charles H. Shroyer, Jr. filed June 4, 2015. Doc. 17. The Court, having considered the Motion and the Clerk's Entry of Default (Doc. 15), and being otherwise fully informed in the premises, finds that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Motion is granted; and that Default Judgment be and hereby is entered against Defendant Charles H. Shroyer, Jr., decreeing that Defendant Charles H. Shroyer, Jr. be and hereby is bound by any decree ultimately entered by this Court in this matter regarding the validity of his selection of UMBI limits and the available limits under the GEICO policy issued to Charles H. Shroyer, Jr.

This Default Judgment shall not preclude Defendant Rachel Shroyer from defending against Plaintiff GEICO's request for declaratory relief.

| | |
|---|---|
| 7/10/2015 | /s/ Paul Kelly, Jr.<br>United States Circuit Judge<br>Sitting by Designation |

Submitted by:

/s/ Daniel W. Lewis
Daniel W. Lewis
Allen, Shepherd, Lewis & Syra, PA
P.O. Box 94750
Albuquerque, NM 87199-4750
*Attorneys for Plaintiff*


/s/ Meloney Perry
Meloney Perry
Perry Law P.C.
10440 N. Central Expressway, Suite 1120
Dallas, NM  75231
*Attorneys for Plaintiff*


Approved as to form:

Approved 6/4/15
Lisa J. Mobley
Ron Bell Injury Lawyers
610 7th Street NW
Albuquerque, NM  87102
*Attorneys for Defendant Rachel Shroyer*